E-FILED
Thursday, 20 April, 2006  03:36:37 PM
Clerk, U.S. District Court, ILCD



FILED

APR 20 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 06-40050 |
| v. ) | |
| ) | VIO: Title 21, United States Code, |
| JOHNSON ADAM SYSOMPHENG, ) | Sections 841 and 846, Title 18, |
| JEREMIAH JOB MACHUCA, and ) | United States Code, Sections |
| MALICIA LYNN LOEB, ) | 922, 924, and 2 |
| ) | |
| Defendants. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (CONSPIRACY TO DISTRIBUTE MARIJUANA, COCAINE, AND MDMA)

From in or about November of 2003, to on or about March 10, 2006, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendants,

**JOHNSON ADAM SYSOMPHENG,
JEREMIAH JOB MACHUCA, and
MALICIA LYNN LOEB,**

did conspire with other persons known and unknown to the Grand Jury to commit an offense under Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C), that is, to knowingly and intentionally distribute and possess with intent to distribute at least 100 kilograms of a mixture and substance containing a detectible amount of marijuana, a Schedule I controlled substance, a mixture and substance containing cocaine, a Schedule II controlled substance, and a mixture and substance containing methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance, all in violation of Title 21, United States Code, Section 846.

## COUNT TWO
## (POSSESSION WITH INTENT TO DISTRIBUTE COCAINE AND MDMA)

On or about March 10, 2006, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendant,

**JOHNSON ADAM SYSOMPHENG,**

did knowingly and intentionally possess with intent to distribute a mixture and substance containing cocaine, a Schedule II controlled substance, and a mixture and substance containing methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE
## (POSSESSION WITH INTENT TO DISTRIBUTE MARIJUANA)

On or about March 10, 2006, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendants,

**JEREMIAH JOB MACHUCA, and**
**MALICIA LYNN LOEB,**

did knowingly and intentionally possess with intent to distribute a mixture and substance containing marijuana, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D) and Title 18, United States Code, Section 2.

## COUNT FOUR
### (POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME)

On or about March 10, 2006, at Rock Island, in Rock Island County, in the Central District of Illinois, the defendant,

**JOHNSON ADAM SYSOMPHENG,**

did knowingly possess a firearm, that is, a Detonics 9 mm semi-automatic pistol and a Colt .45 semi-automatic pistol, in furtherance of a drug trafficking crime which is a felony prosecutable in a court of the United States, that is, the violations of Title 21, United States Code, Sections 841 and 846, set forth in Counts One and Two of this Indictment, all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT FIVE
### (POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME)

On or about March 10, 2006, at Rock Island, in Rock Island County, in the Central District of Illinois, the defendants,

**JEREMIAH JOB MACHUCA, and**
**MALICIA LYNN LOEB,**

did knowingly possess a firearm, that is, a Detonics 9 mm semi-automatic pistol and a Glock 9 mm semi-automatic pistol, in furtherance of a drug trafficking crime which is a felony prosecutable in a court of the United States, that is, the violations of Title 21, United States Code, Sections 841 and 846, set forth in Counts One and Three of this Indictment, all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT SIX
### (USING AND CARRYING A FIREARM DURING A DRUG TRAFFICKING CRIME)

On or about March 10, 2006, at Rock Island, in Rock Island County, in the Central District of Illinois, the defendants,

**JEREMIAH JOB MACHUCA, and
MALICIA LYNN LOEB,**

did knowingly use and carry a firearm, that is, a Detonics 9 mm semi-automatic pistol and a Glock 9 mm semi-automatic pistol, during and in relation to a drug trafficking crime which is a felony prosecutable in a court of the United States, that is, the violations of Title 21, United States Code, Sections 841 and 846, set forth in Counts One and Three of this Indictment, all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT SEVEN
### (FELON IN POSSESSION OF A FIREARM)

On or about March 10, 2006, at Rock Island, in Rock Island County, in the Central District of Illinois, the defendant,

**JOHNSON ADAM SYSOMPHENG,**

having been previously convicted under the laws of the State of Illinois of the crimes of aggravated battery and criminal damage to property, all crimes punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm which had previously traveled in interstate commerce, that is, a Detonics 9 mm semi-automatic pistol and a Colt .45 semi-automatic pistol, all in violation of Title 18, United States Code, Sections 922(g), 924(a)(2), and 2.

## COUNT EIGHT
## (POSSESSION OF A FIREARM BY PROHIBITED PERSON)

On or about March 10, 2006, at Rock Island, in Rock Island County, in the Central District of Illinois, the defendants,

**JEREMIAH JOB MACHUCA, and
MALICIA LYNN LOEB,**

having been previously convicted under the laws of the State of Illinois of a misdemeanor crime of domestic violence, that is, three separate convictions for the crime of domestic battery in 2000, 2001, and 2002, did knowingly possess a firearm which had previously traveled in interstate commerce, that is, a Detonics 9 mm semi-automatic pistol and a Glock 9 mm semi-automatic pistol, all in violation of Title 18, United States Code, Sections 922(g), 924(a)(2), and 2.

**A TRUE BILL**

S/Foreperson

**FOREPERSON**

S/K. Tate Chambers

**RODGER A. HEATON
UNITED STATES ATTORNEY
JKM**