AO 470 (8/85) Order of Temporary Detention

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

**FILED MAY 4 2006**

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

Jeremiah Job Machuca,

Malicia L. Loeb

_Defendant_

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Case Number: 06-40050

Upon motion of the ___Government___, it is ORDERED that a detention hearing is set for ___Mon. 5/8/06___ * at ___11:30am___
                                              _Date_                   _Time_

before ___Magistrate Judge Thomas J. Shields___
              _Name of Judicial Officer_

___211 19th St., Rock Island, IL   61201___
              _Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) (_____

_____) and produced for the hearing.
         _Other Custodial Official_

Date: ___May 4, 2006___        S/Thomas J. Shields
                                _Judicial Officer_

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

  A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.