E-FILED
Monday, 08 May, 2006 01:49:04 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff | )<br>)<br>) | **FILED** |
| | ) CASE NO. 06-40050 | MAY  8 2006 |
| Jeremiah Job Machuca<br>    Defendant | )<br>)<br>) | JOHN M. WATERS, Clerk<br>U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF ILLINOIS |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **3:15 PM** on **Friday, June 2, 2006** in person in Rock Island.

This matter is set for Jury Trial at 9:00 A.M. on **Monday, June 26, 2006**

at

[ ] Peoria, Illinois

[X] Rock Island, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 8th day of May, 2006.

S/Thomas J. Shields
_____
THOMAS J. SHIELDS
U.S. MAGISTRATE JUDGE

06-40050 jeremiah job Machuca SO JBM 050506.wpd