**FILED**

MAY 8 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

No. 06-40050

vs.

Jeremiah Job Machaca
Defendant.

ORDER OF DETENTION PENDING TRIAL

On May 8, 2006 a detention hearing was held/waived. Appearing were: Defendant personally, AUSA John Milhiser and Murray W. Bell. Based upon the evidence presented, the Court FINDS:

There is probable cause to believe defendant has committed an offense as charged:

- ___ under 18 U.S.C. § 924(c);
- ✓ for which the maximum term of imprisonment is 10 years or more, in violation of 21 U.S.C. § 841/846/_____.
- ✓ Defendant has not rebutted the presumption of detention allowed by 18 U.S.C. § 3142(e).
- ✓ There is a serious risk defendant will not appear.
- ✓ There is a serious risk that the Defendant will endanger the safety of another person or the community.

Reasons for Detention: The Court has considered conditions or combination of conditions of release outlined in 18 U.S.C. § 3142(c) and finds by a preponderance of the evidence (or clear and convincing evidence) that defendant should be detained due to the following factors pursuant to 18 U.S.C. § 3142(g):

- ✓ Nature and circumstances of the offense: Alleged conspiracy to distribute drugs; alleged possession with intent to distribute drugs; alleged possession of firearms
- ___ crime of violence
- ✓ narcotics
- ✓ Weight of the evidence: _____
- ___ Family ties: _____
- ___ Community ties/length of residence: _____
- ___ Employment: _____
- ___ Substance abuse history: _____
- ___ Criminal history/court appearances: _____
- ___ On probation/supervision at the time of the offense.

The Court has determined that there are no conditions or combination of conditions which reasonably assure the appearance of the defendant and/or any other person or the safety of the community.

The defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

APPEAL: Defendant may file an appeal of the detention order to a district court judge. Defendant may request reconsideration of this order if additional facts become available.

Dated: May 8, 2006

S/Thomas J. Shields
Thomas J. Shields
United States Magistrate Judge