IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 06-40050 |
| | ) | |
| v. | ) | UN-RESISTED |
| | ) | MOTION TO CONTINUE |
| JEREMIAH JOB MACHUCA, | ) | SENTENCING |
| | ) | |
| Defendant. | ) | |

  COMES NOW Murray W. Bell, Counsel for the Defendant, Jeremiah Job Machuca, and in support of his Un-Resisted Motion to Continue Sentencing states:

1. On or about the 6th Day of October 2006 the Defendant, Jeremiah Job Machuca, entered a plea of Guilty to the Counts Three, Five and Eight of the Indictment.

2. The Court Ordered that a Presentence Investigation be conducted and that a Presentence Report be prepared.

3. The Court set the Sentencing to take place on the 2nd day of February 2007.

4. Counsel for the Defendant has previous plans to be on vacation during the entire 10 day period between January 27, 2007 and February 4, 2007.

5. Counsel for the Defendant has consulted with A.U.S.A. John Mehochko, prosecuting attorney on this case, and Mr. Mehochko has no objection to this requested continuance.

6. No party will be prejudiced by this requested continuance.

  WHEREFORE Counsel for the Defendant PRAYS this Honorable Court for an Order Continuing the Sentencing to a later date certain and for other relief as the Court deems appropriate.

        Respectfully Submitted

        \_\_/s/ Murray W. Bell_____
        Murray W. Bell, P.C. SC0009596
        125 Kirkwood Blvd
        Davenport, IA. 53803
        Phone: 563-326-4095
        Facsimile: 563-323-8335
        E-Mail: **MWBell@kirkwoodlaw.com**

        **Certificate of Service**

I hereby certify that on October 27, 2006, I electronically filed the foregoing with the Clerk of Court Using the ECF system, which will send notification of such filing to the following:

Assistant United States Attorney
John Mehochko
1830 Second Avenue, Third Floor
Rock Island, IL. 61201

        /s/ Murray W. Bell_____
        Murray W. Bell
        Counsel for the Defendant