E-FILED
Tuesday, 20 February, 2007  02:41:19 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

AT ROCK ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 06-40050 |
| | ) | |
| v. | ) | |
| | ) | MOTION TO CONTINUE |
| JEREMIAH JOB MACHUCA, | ) | SENTENCING |
| | ) | |
| Defendant. | ) | |

COMES NOW Murray W. Bell, Counsel for the Defendant, Jeremiah Job Machuca, and in support of his Motion to Continue Sentencing states:

1. On or about the 6th Day of October 2006 the Defendant, Jeremiah Job Machuca, entered a plea of Guilty to Counts Three, Five and Eight of the Indictment.

2. The Court Ordered that a Presentence Investigation be conducted and that a Presentence Report be prepared.

3. The Court set the Sentencing to take place on the 2nd day of March 2007 at 9:30 A.M.

4. The sentencing is set to take place with the sentencings of the two co-defendants, Malicia Lynn Loeb and Johnson Sysopheng.

5. Counsel for Defendant Machuca is currently scheduled to begin a jury trial in Scott County Iowa in the Case of State of Iowa v. Rasheem Bogan, Scott County Criminal No. FECR297709, commencing on the 26th day of February 2007.

7. Rasheem Bogan is charged with Murder in the First Degree in the death of young lady shot and killed in a drive by shooting incident in Davenport, Iowa.

6. There is a significant chance that the Bogan Trial will not be completed by 9:30 A.M. on the 2nd day of March 2007.

7. Counsel for Defendant Machuca recognizes that the Government may have need of Mr. Machuca to be present to testify in the sentencing of co-defendant Sysopheng at 9:30 on the 2nd day of March 2007. If Defendant Machuca desires to have some counsel present for his testimony, this writer believes he could arrange for some other attorney who is on the CJA list for the Central District of Illinois to be present for Mr. Machuca.

8. Counsel for defendant Machuca requests that the sentencing currently scheduled not be continued at this time, but that the Court have notice that this counsel may be unable to attend the sentencing as now scheduled.

9. Counsel further requests that the Court set an alternative sentencing date [possibly in Peoria] so that sentencing will be set and can take place very soon after the 2nd day of March 2007 in the event it does not take place on March 2, 2007.

10. Counsel for Defendant Machuca has spoken to Assistant United States Attorney, John Mehochko about this motion and scheduling problem and believes that Mr. Mehochko is willing to make some accommodations in the scheduling of the sentencing of Mr. Machuca.

WHEREFORE, Counsel for Defendant Machuca, PRAYS this Honorable Court to leave the sentencing of Defendant Machuca as currently set but to also schedule an alternative date for sentencing as soon after March 2, 2007 as possible even, if it must be in Peoria, Illinois, so that

Mr. Machuca can be sentenced as soon as possible and for other relief as the Court deems appropriate.

          Respectfully Submitted

          /s/ Murray W. Bell
          Murray W. Bell, P.C.
          125 Kirkwood Blvd
          Davenport, IA. 53803
          Phone: 563-326-4095
          Facsimile: 563-323-8335
          E-Mail: MWBell@kirkwoodlaw.com

## Certificate of Service

I hereby certify that on February 20, 2007, I electronically filed the foregoing with the Clerk of Court Using the ECF system, which will send notification of such filing to the following:

Assistant United States Attorney
John Mehochko
Star Cres Building, 3rd Floor
1830 2nd Avenue
Rock Island, Illinois 61201

          /s/ Murray W. Bell
          Murray W. Bell
          Counsel for the Defendant