UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
APR 24 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
      v.                  )     Case No. 06-40050
                          )
JEREMIAH JOB MACHUCA,     )
                          )
            Defendant.    )

## ORDER

Defendant has moved to correct his sentence under rule 35(a) of the Federal Rules of Criminal Procedure, ostensibly on the ground that the sentence imposed was inconsistent with his plea agreement and the Court's obligation to accept his relevant conduct as only involving 52 pounds of marijuana instead of the substantially larger amount indicated in the Presentence Report. His real objection however, is to the Court's imposing consecutive sentences on Counts 3 and 8 rather than concurrent sentences as expected by him. Defendant does not dispute that the advisory sentencing guideline range of 30 to 37 months is correctly computed; he simply argues that the sentence of 30 months on each count should have been imposed to run concurrently with each other. There is nothing in the plea agreement that requires or even suggests this result; consequently, the sentence imposed is consistent with the plea agreement and Defendant's motion is without merit. Additionally, Rule 35(a) only allows the Court to correct a sentence that "resulted from arithmetical, technical, or other clear error." None of those events occurred here and the

motion under Rule 35(a) is denied.

Entered this __24th__ day of April, 2007.

                                             /s/ Joe Billy McDade
                                             JOE BILLY McDADE
                                       United States District Judge

motion under Rule 35(a) is denied.

Entered this __24th__ day of April, 2007.

                                        S/Joe B. McDade
                                    _____
                                         JOE BILLY McDADE
                                    United States District Judge